# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:17-CR-0405 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| EDGAR MELARA-RAMOS, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 30th day of January, 2018, upon consideration of defendant's concurred in motion (Doc. 16) for the court to schedule a consolidated change of plea and sentencing, using the pretrial services report in lieu of a presentence report, it is hereby ORDERED that said motion is GRANTED. Consolidated change of plea and sentencing proceedings as to defendant Edgar Melara-Ramos shall commence **at 10:30 a.m. on Monday, February 12, 2018**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania